IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 19 2017

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

_Muamar A. Sayyed_____, Plaintiff,

v.

_Montrose County Sheriff,_____

_Montrose County Detention facility,_

_Miller - Montrose Jail Administrator_

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. __Muamar A. Sawyer # 97175__
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   __1200 North Grand Ave, Montrose, CO 81401__

2. __Montrose County Sheriff__
   (Name, title, and address of first defendant)
   __1200 North Grand Ave, Montrose, CO 81401__
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE). Briefly explain your answer:
   __Sheriff's office oversees Detention of inmates at the Montrose Detention Center.__

3. __Montrose County Detention facility__
   (Name, title, and address of second defendant)
   __1200 North Grand Ave, Montrose, CO 81401__
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE). Briefly explain your answer:
   __in charge of inmates at facility__

4. __Miller - Montrose County Jail Administrator__
   (Name, title, and address of third defendant)
   __1200 North Grand Ave, Montrose, CO 81401__
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE). Briefly explain your answer:
   __The one man that started targetting the plaintiff and responsible for all claims.__

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    ✗ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ___ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____

    _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Defendents have violated plaintiff's constitutional rights guranteed to him. They have taken away his right to speech, Due process, equal protection of the law, access to the courts, freedom of the press, and have inflicted cruel and unusal punishment by having taken his outgoing mail and placing it in his property, and the constitutional First Amendment right to petition for a redress of grievances.

(Rev. 1/30/07) 3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: Right to petition and file grievances.
   Supporting Facts: Article 1 (one) of the U.S. Constitution gurantees every person to "petition the government for a redress of grievances." If they choose to. Defendants have made filing a grievance nearly impossible (see exhibit    ) by requiring permission first to file a grievance, and that permission is almost never given or granted. Furthermore, many other obsticals are placed in order to ensure that no grievances are ever filed or investigated. The Constitution and Article 1 is clear and unambiguous in granting the right to petition for grievance redress, and requiring permission that the constitution had already granted is clearly unconstitutional and violates the plaintiff's Article 1 Constitutional rights.

(Rev. 1/30/07)                                4

2. Claim Two: <u>Freedom of speech and of the press</u>

Supporting Facts: The question before the court is can the defendants take away plaintiff's Article 1 constitutional rights to freedom of speech and of the press?

Plaintiff has written reporters and members of the press letters that have been either trashed or placed in property. (Exhibits 2, 3)

Defendants have refused to mail the letters or return them to plaintiff. That resulted in cruel punishment since plaintiff one and only mode of speech is through his letters to the press.

Defendants argue that the constitution gives freedoms of speech and of the press, but does not give plaintiff the right of speech to the press?! That reasoning is abridging and prohibiting the free excercise of plaintiff's 1st Amendment legal Rights.

3. Claim Three: <u>Due process and equal protection</u>

Supporting Facts: On 5.30.2017 plaintiff was taken from General population and placed in Max without any due process and in violation of the equal protection of the law. plaintiff was never written up or charged with any disciplinary infraction, never received any papers or a hearing, and never told how long he is to stay in max, and it has been nearly two weeks since that 5.30 date.

Furthermore, Due process and equal protection of the law applies to the confiscated mail and outgoing letters that the defendants have an agenda of making sure are never to reach the press or those addressed. (see claim 2).

This seems to be retaliation by the defendants for the 5/30 request to the Jail Administrator Mr. Miller asking for the staff and admin to abide by the inmate handbook, and to punish the plaintiff for filing 1:17-cv-01259.

(Rev. 1/30/07)

6

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✔ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: **Six churches et al**

2. Docket number and court name: **1:17-cv-01259 Denver Fed District**

3. Claims raised in prior lawsuit: **Ownership and control claims.**

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): **Pending**

5. If the prior lawsuit was dismissed, when was it dismissed and why? **N/A**

6. Result(s) of any appeal in the prior lawsuit: **N/A**

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined? ✔ Yes ___ No (CHECK ONE).
   **See Attached explanation, paper, Brief, Claim One.**

2. Did you exhaust available administrative remedies? ✔ Yes ___ No (CHECK ONE).
   **See Attached explanation, paper, Brief, Claim One.**

(Rev. 1/30/07)                                    7

# E. PREVIOUS LAWSUITS

1. Names of Defendants: SAIYED V. Every Church, Mosque and synagoge in Tarrant County, Texas. Filed 3.16.2015

2. Number and court name: unknown. Filed at the Federal District Court in Fort Worth, Texas / Northern District.

3. Claims raised: Unification of beliefs and establishing peace, love and tolerance.

4. Disposition: Dismissed 3.19.15 - Appealed.

5. Plaintiff failed to file Appeal Brief.

6. Dismissed July 2015 - failed to file Brief.

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. Remove limitations and requiring permission to file a grievance.
2. Treat plaintiff's mail to the press as privileged and allowing him to seal his mail, and remove all limitations.
3. Order Defendants to stop using lockdown daily as a form of corporal punishment.
4. Order defendants to abide by hand book (exhibit 1) allowing GP inmates to be locked down at 10:30 pm.
5. Treat inmates according to mission statement (page 4 of Exhibit 1).

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 6/4/2017
(Date)

(Prisoner's Original Signature)

## G. Request for Relief

6. Provide Access to the Courts, the legal system, and an updated law library.

7. Remove all limitations on the freedom of speech through corresspondance.

8. Remove all limitations on the freedom of corresspondanding with the press.

9. Stop all Acts of retailation for filing grievances and the Use of corperal punishment.

10. Stop Discriminating against inmates who are indigent by treating them different.

11. Stop Discriminating against inmates based on their race, religion, color or sex.